UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

Plaintiff,

-against-

Daniel H. Viera Munroy,

Defendant.

-7:19-MJ-12055(MRG)

**JUDGMENT**

The issues in the above entitled action were brought before the Honorable Martin R. Goldberg, United States Magistrate Judge, on April 30, 2021. The Court thereafter accepted the defendant's plea of guilty in full satisfaction to a reduced charge of Unlicensed Operation of a Vehicle, in violation of § 509.1 of the New York Vehicle and Traffic Law as assimilated under Federal Statute.

IT IS ORDERED, ADJUDGED AND DECREED that the defendant pay a fine of $100.00 by May 26, 2021 or appear before this Court to show cause why the fine was not paid on May 27, 2021.

SO ORDERED:

Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: Sept 7, 2022
Poughkeepsie, N.Y.